**Electronically Filed
Supreme Court
SCWC-21-0000679
30-JAN-2024
10:31 AM
Dkt. 5 OGAC**

SCWC-21-0000679

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

CHARLES TUNG MING YUEN,
Petitioner/Defendant-Appellant.
_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000679; CASE NO. 1DTA-18-03510)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens JJ.)

The application for writ of certiorari filed on December 18, 2023, by Petitioner/Defendant-Appellant Charles Tung Ming Yuen ("Yuen") is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

IT IS FURTHER ORDERED that within 5 days of this order, Yuen shall serve trial counsel, Mr. Barry Sooalo, Esq., with the opening and reply briefs filed in the Intermediate Court of Appeals and the certiorari application filed here pursuant to Hawaiʻi Rules of Appellate Procedure rule 28(a) (2022). Trial

counsel shall have 30 days from the date of service to file a response to the ineffective assistance claim.  If trial counsel files a response, the State and Yuen shall have 15 days from the filing of such response to respond to trial counsel's submission.

DATED:  Honolulu, Hawai'i, January 30, 2024.

/s/ Mark E. Recktenwald
/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Lisa M. Ginoza
/s/ Vladimir P. Devens

